UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIELS VALLEJO,<br><br>　　　　　　　　Defendant. | CASE NO. 17-194<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has a lengthy criminal history marked by a pattern of failing to make court appearances. His criminal history is escalating from theft and traffic crimes to crimes of violence. The complaint alleges that defendant did not merely possess a firearm as a felon but that it was in connection with drug trafficking offense he also faces.

It is therefore **ORDERED**:

(1)　Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 15th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2